**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 531 EAL 2021
    :
          Respondent    :
    :  Petition for Allowance of Appeal
    :  from the Order of the Superior Court
          v.    :
    :
    :
SHARRONE A. GRAY,    :
    :
          Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.